FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

2017 FEB 13 AM 9: 13

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

RONALD ANTASEK, JR,
and similarly situated individuals,

        Plaintiffs,

v.

TJM PROMOS, INC., a Florida For Profit
Corporation, TRUDI MOORE, individually,
and MICHAEL MOORE, individually,

        Defendants.

CIVIL ACTION
CASE NO. 5:17-CV-55-Oc- 30 PRL

Removed from the Circuit Court of the
Fifth Judicial Circuit, In and For
Marion County, Florida, Case No. 2016-
2409-CA

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, TJM PROMOS, INC., a Florida For Profit Corporation, TRUDI MOORE, individually, and MICHAEL MOORE, individually ("Defendants"), by and through undersigned counsel, hereby files this Notice of Removal, and as grounds therefore state:

1. Removal of this cause is authorized and filed pursuant to 28 U.S.C. §1331 and 28 U.S.C. §§1441.

2. On December 14, 2016, Plaintiff, RONALD ANTASEK, JR., on behalf of himself and similarly situated employees, filed a Complaint in the Fifth Judicial Circuit, in and for Marion County, Florida, (Case No.: 2016-2409-CA) alleging a cause of action against each Defendant for unpaid overtime under the Fair Labor Standards Act.

3. The Summons and Complaint in the aforementioned state court action were served on Defendant on January 18, 2017. True and correct copies of the Summons, Complaint, and all other process and pleadings served upon Defendant in this cause (except discovery) are attached hereto.

1

4. The Notice of Removal is filed within thirty (30) days after service of the Summons and Complaint as required by 28 U.S.C. §1446. Thus, Defendants' Notice of Removal is timely filed within the scope of 28 U.S.C. §1446(b).

5. As the Complaint states, or attempts to state, claims that arise under the Fair Labor Standards Act, a federal law, this Court has original jurisdiction over this action pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1441.

6. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the Middle District of Florida is the federal judicial district embracing the Circuit Court of the Fifth Judicial Circuit in and for Marion County, Florida.

7. On February 10, 2017, Defendants provided Plaintiff and the Clerk of the Fifth Judicial Circuit Court in and for Marion County, Florida with written notice of the filing of the Notice of Removal in accordance with the Certificate of Service below. Also, as required by 28 U.S.C. §1446(d), Defendants have filed a copy of this Notice with the Clerk of the Circuit Court of the Fifth Judicial Circuit in and for Marion County, Florida, the court in which the Complaint was filed, contemporaneously herewith.

8. Defendants' time to answer or otherwise move with respect to the Complaint in this action has not expired pursuant to Fed.R.Civ.P. 81(c).

9. There are no motions pending at the time of removal.

10. By their Notice of Removal, Defendants do not waive any objections they may have as to service, jurisdiction or venue, or any other defenses or objections it may have to this action. Defendants intend no admission of fact, law, or liability by this Notice, and expressly reserves all defenses, motions and/or pleas.

11. A filing fee accompanies this Notice of Removal.

WHEREFORE, Defendants respectfully requests the Notice of Removal be accepted as good and sufficient as required by law, and that the aforesaid action, Case Number 2016-2409-CA, on the docket of the Fifth Judicial Circuit Court in and for Marion County, Florida, be removed from that Court to the United States District Court for the Middle District of Florida, and that this Court assume full and complete jurisdiction thereof and issue all necessary orders and grant all general equitable relief to which Defendants are entitled.

DATED: February 10, 2017            Respectfully submitted,

BROAD AND CASSEL LLP
*Attorneys for Defendant*
100 North Tampa Street
Suite 3500
Tampa, Florida 33602
Phone: (813) 225-3031
Facsimile: (813) 204-2125

By:/s/ *Lisa Griffin Hodgdon*
LISA GRIFFIN HODGDON
Florida Bar No. 137774
Email: lhodgdon@broadandcassel.com
KELLY B. HOLBROOK
Florida Bar No. 527084
Email: kholbrook@broadandcassel.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2017, a true and correct copy of the foregoing has been provided by email to:

Edwin A. Green, III, Esq.
Florida Bar No. 0606111
BLANCHARD, MERRIAM, ADEL & KIRKLAND, P.A.
Post Office Box 1869
Ocala, Florida 34478
Tel: (352) 732-7218
Fax: (352) 732-0017
Email: tgreen@bmaklaw.com
        lcaldwell@bmaklaw.com
*Attorneys for Plaintiff*

/s/ *Lisa Griffin Hodgdon*
Attorney