JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

5:17-CV-55-Oc-30 PRL

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

### Plaintiff(s):

First Listed Plaintiff:
RONALD ANTASEK, JR. ;
**County of Residence:** Marion County

Additional Plaintiff(s):
and similarly situated individuals ;

### Defendant(s):

First Listed Defendant:
TJM Promos, Inc. ;
**County of Residence:** Marion County

Additional Defendants(s):
Trudi Moore ;
Michael Moore ;

2017 FEB 13 AM 9:13
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA, FLORIDA

FILED

**County Where Claim For Relief Arose:** Marion County

### Plaintiff's Attorney(s):

Esquire Edwin A. Green III (RONALD ANTASEK, JR.)
BLANCHARD, MERRIAM, ADEL & KIRKLAND, P.A.
P.O. Box 1869
Ocala, Florida 34478
Phone: 352-732-7218
Fax: 352-732-0017
Email: tgreen@bmaklaw.com

### Defendant's Attorney(s):

Esquire Lisa Griffin Hodgdon ( TJM Promos, Inc.)
BROAD AND CASSEL LLP
100 N. Tampa Street, Suite 3500
Tampa, Florida 33602
Phone: 813-225-3020
Fax: 813-225-3039
Email: lhodgdon@broadandcassel.com

Esquire Kelly B. Holbrook
BROAD AND CASSEL LLP
100 N. Tampa Street, Suite 3500
Tampa, Florida 33602
Phone: 813-225-3020
Fax: 813-225-3039
Email: kholbrook@broadandcassel.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

    Plaintiff: N/A

    Defendant: N/A

**Origin:** 2. Removed From State Court

    **State Removal County:** Marion County

OCA - 7884 # 400

https://www.flmd.uscourts.gov/JS-44/cvcover.html                    2/10/2017

State Removal Case Number: 2016-2409-CA

**Nature of Suit:** 710 Fair Labor Standards Act

**Cause of Action:** 28 U.S.C §1331 and 28 U.S.C. §§1441

**Requested in Complaint**

    **Class Action:** Class Action under State Statute or Rule

    **Monetary Demand (in Thousands):** $15,000+

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Lisa Griffin Hodgdon

**Date:** 2/10/2017

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.